# United States Bankruptcy Court
## Middle District of Florida

In re   **Margaret Dianne Carey**                                    Case No. _____
                                        Debtor(s)                     Chapter    7

## DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING

The undersigned, ____**Margaret Dianne Carey**____, declares under penalty of perjury that:

1. I have signed the original(s) of the document(s) identified below under penalty of perjury ("Verified Document(s)").

2. The information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

3. I understand that the Verified Document(s) are to be filed in electronic form with the United States Bankruptcy Court in connection with the above captioned case.

*/s/ Margaret D. Carey*
Margaret Dianne Carey
Signature of Debtor
or other claimant

### Verified Document(s):

| Full Descriptive Title | Date Executed |
|---|---|
| Voluntary Petition | October 17, 2011 |
| Exhibit D | October 17, 2011 |
| Declaration Concerning Debtor's Schedules A-J | October 17, 2011 |
| Form 7: Statement of Financial Affairs | October 17, 2011 |
| Form 8: Statement of Intention | October 17, 2011 |
| Notice to Consumer Debtor of Available Chapters | October 17, 2011 |
| Verification of Creditor Matrix | October 17, 2011 |
| Form 21: Statement of Social Security Number | October 17, 2011 |
| Form 22A: Statement of Current Monthly Income/Means Test | October 17, 2011 |